UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE: EARL CARROLL

CHAPTER 11

Debtor

HON. SCOTT W. DALES
CASE NO. 14-05844

_____/

EARL CARROLL

Plaintiff

Adv. No. 14-80219

V

BANK OF NEW YORK MELLON CORPORATION, f/k/a THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS THROUGH TRUST 2006-HYB2, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB2
(hereinafter, BNY MELLON)

<u>Defendant            </u>/

Plaintiff's Rule 26(a) Disclosures

1. (A)(i)  Plaintiff Earl Carroll, his wife Laura Carroll, reachable through counsel,   Other witnesses may become necessary for rebuttal or become known through discovery.  The subject of the information he has are: the original mortgage, and the refinancing into the current mortgage, and the home and property value

2.(A)(ii)  No documents, other than what has been attached to the complaint or previously provided to, or received from, Defendant. This includes the proof of claim filed by Defendant in the prior Chapter 12 case, 13-08930. And whatever additional documents, if any, that become known through discovery.

2. (A)(iii) Damages are the difference between the property actually pledged as collateral, and the property Defendant is claiming, and, the actual mortgage balance as opposed to what Defendant claims.

      2.(A)(iv)  No insurance applicable.

December 15, 2014

<u>/s/ Kurt O'Keefe</u>
Kurt O'Keefe P30718
Attorney for Debtor-Plaintiff
1593 Torrey Road
G. P. Woods MI 48236
313-962-4630
kurt@stopcreditor.com