UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| EARL CARROLL | CASE NO.: DG14-05844 |
| Debtor / | |

| | |
|---|---|
| EARL CARROLL, | |
| Plaintiff, | ADV. PROCEEDING: 14-80219 |
| vs | |
| BANK OF NEW YORK MELLON CORPORATION | |
| Defendant. / | |

**NOTICE OF TELEPHONIC ADJOURNED PRETRIAL CONFERENCE**

Please take notice that a telephonic hearing will be held January 29, 2015 at 2:00 p.m. before the Hon. Scott W. Dales.

Parties are to dial (888)622-5357 and reference Access Code 530739 to participate in the conference.

**PLEASE TAKE NOTICE that the telephonic hearing may be recorded from the moment the first participant gets on line, even if an operator or the court fails to announce the commencement of recording.**

Notice forwarded to bnc for service. (January 22, 2015-kt)

January 22, 2015                                DANIEL M. LAVILLE
                                                CLERK OF BANKRUPTCY COURT

                                                        /s/
                                                BY: Kathleen M. Trapp, Deputy Clerk

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above matter on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.